JOSHUA D. WAYSER (California Bar No. 152711)
Joshua.wayser@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471
Local Counsel for Plaintiffs

JS-6

DAVID J. RUSSELL
drussell@kellerrorhback.com
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone:  (206) 623-1900
Facsimile:  (206) 623-3384
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNEX TELECOM, INC., a California corporation; COOK PAYPHONE COMPANY, a California sole proprietorship; CUSTOMER OWNED PAY TELEPHONE, INC., a California corporation; DT LLC, a California limited liability company; GCB COMMUNICATIONS, INC., an Arizona corporation; LAKE COUNTRY COMMUNICATIONS, INC., a Minnesota corporation; LITTLEJOHN COMMUNICATIONS, INC., a California corporation; PAY PHONES NORTH, INC., a California corporation; PINNACLE PUBLIC SERVICES, LLC, an Oregon limited liability company; PUBLIC PAY | No. 10-cv-01543-JFW (AGRx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

ORDER GRANTING STIPULATION OF DISMISSAL
WITH PREJUDICE - 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

S:\JFW\CIVIL CASES\CONNEX TELECOM 10-1543\DISMISSAL.ORDER-2.DOC

| | |
|---|---|
| 1 | PHONE, INC., a California corporation; SOUTHERN PACIFIC COMMUNICATIONS, INC., a California corporation; SOUTHERN PACIFIC PAYPHONE, INC., a California corporation; STARS AND STRIPES COMMUNICATION CORPORATION, a California corporation; THE PHONE PEOPLE, INC., a California corporation; and WESTERN PAYPHONE SYSTEMS, a California sole proprietorship, )<br><br>                         Plaintiffs,<br><br>     v.<br><br>LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company; and UNIDENTIFIED COMPANIES I THROUGH X,<br><br>                         Defendants. |

IT IS SO ORDERED:

Good cause being shown, all claims or causes of action asserted in this suit between Plaintiffs Connex Telecom, Inc., Cook Payphone Company, Customer Owned Pay Telephone, Inc., DT LLC, GCB Communications, Inc., Lake Country Communications, Inc., Littlejohn Communications, Inc., Pay Phones North, Inc., Pinnacle Public Services, LLC, Public Pay Phone, Inc.,

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

S:\JFW\CIVIL CASES\CONNEX TELECOM 10-1543\DISMISSAL.ORDER-2.DOC

| | |
|---|---|
| 1 | Southern Pacific Communications, Inc., Southern Pacific Payphone, Inc., Stars and Stripes Communication Corporation, The Phone People, Inc., and Western Payphone Systems (collectively "Plaintiffs") and Level 3 Communications, LLC ("Defendant") are hereby dismissed with prejudice, pursuant to a settlement agreement between the parties. It is further ordered that all attorneys' fees and costs are to be borne by the party that incurred them. |

DATED:  April 26, 2010

_____
The Hon. John F. Walter
United States District Judge

ORDER GRANTING STIPULATION OF DISMISSAL
WITH PREJUDICE - 3

S:\JFW\CIVIL CASES\CONNEX TELECOM 10-1543\DISMISSAL.ORDER-2.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384